IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CITY OF LAGRANGE, GEORGIA,<br><br>    *Defendant*. | CASE NO. 3:17-cv-00067 |

**DECLARATION OF JOHN DOE #1**

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮, hereby declare:

I make this declaration based on my personal knowledge and, if called to testify, I could and would do so competently as follows:

1. I am a resident of LaGrange, Georgia, where I have lived since I immigrated to the United States from Mexico more than fifteen years ago.

2. I rent a home in LaGrange where I live with my two children, one of whom is a natural-born U.S. Citizen. The other is not a citizen of this country. We are all Latino.

3. I receive water, electricity, gas, and trash services at my current home through an account that is in the name of the person who owns the home.

      The utilities have been under that person's name since I moved to the home more than ten years ago.

4. I would like to receive public utilities at my home under my name, and I am willing to pay for the utilities that my household uses and to abide by reasonable requirements, like paying the bill on time each month.

5. I am unable to get utilities in my own name because the City of LaGrange requires a Social Security Number ("SSN") and a photo ID from the federal government, the State of Georgia, or another State in order to open a utilities account.

6. I do not have a SSN, because I am not eligible to get one from the Social Security Administration ("SSA").

7. I do, however, have an Individual Taxpayer Identification Number ("ITIN") issued to me by the Internal Revenue Service ("IRS"). In order to obtain the ITIN, I had to prove my identity to the IRS.

8. I do not have a photo identification issued by the federal government or the State of Georgia (or any other State), because I am not eligible to obtain one.

9. I do have two other forms of photo identification: a passport and a consular identification card, both issued to me by the government of Mexico.

10. Before moving to my current home, I lived in a mobile home that I rented in LaGrange. The light, electricity, water, and trash were included in the rent.

11. Many of the people who lived in that mobile home park did not have SSNs. They had utilities because the utilities were under the landlord's name.

12. Most of the individuals living in that mobile home park were Latinos. Only one person who lived in a mobile home there was white, and he was employed by the mobile park owner.

13. I moved from the mobile home park because the living conditions were deplorable. The mobile home was dilapidated. There were a lot of cockroaches and rodents. The heater and air conditioner rarely worked.

14. I know Latino immigrants living in dangerous places in LaGrange, where there are higher crime rates, because those are the only places they are able to get utilities. They are able to live in those places because the landlords are willing to put the utilities in their names, and there are a limited number of places to rent in LaGrange where that is true.

15. When I moved to my current home, I did not immediately try to set up utilities. I knew that people who did not have a SSN could not get public utilities in LaGrange. I had heard reports of many people who tried to set up utilities under their name but were denied because they lacked a SSN.

16. I tried to set up my own utilities account a few years ago. I went to the utilities office in LaGrange twice. On the first time that I asked to set up an account, I showed my ITIN and Mexican passport and the person helping me told me to come back later.

17. When I returned, an employee at the utilities office told me I could not set up an account under my name with those documents. I was told that I needed a SSN and that my Mexican passport and ITIN were not valid to open an account.

18. Not having utilities under my name has caused me and my family problems. To register children, the school requires proof of residency in the form of a bill with the parents' name and in-district address. Because our utilities are under the homeowner's name, I could not show this proof. The homeowner had to write a letter to the school each year explaining the situation. This was stressful and embarrassing for me and my family. I know many Latino families who have this same problem because of the utilities policy.

19. I would like to get utilities in my own name so that I do not have to depend on the homeowner to pay the bill each month, and to deal with the City if there are ever problems with the utilities; so that I do not have to worry

about whether my family would have utilities if the homeowner cannot or will not continue helping us in this way; and so that I can build up my credit.

20. Every month, my utility bill arrives at the homeowner's residence. The homeowner tells me the amount I owe and I give the homeowner cash. The owner then pays my monthly utility bill.

21. The homeowner would also like me to get utilities in my own name, so that I can take on the responsibility of making sure the bill is paid and on time each month.

22. I am in the process of purchasing the home where I live from the homeowner. I started making monthly payments towards purchasing the home in May of 2016.

23. I am worried about losing utilities in the near future. The homeowner is considering moving out of LaGrange, and I am worried that I will then have to find some other way of getting and paying for utilities.

24. I would like to proceed in this lawsuit anonymously. I am afraid to have my private information available publicly and would not participate in this lawsuit if I have to use my real name.

25. I am afraid that I would face many problems if I use my real name and talk publicly about how I am ineligible to receive a SSN or a photo ID from the State of Georgia.

26. I worry that I could be harassed, either verbally or physically. It is a difficult situation for immigrants who live in LaGrange. There is so much hate against immigrants and African Americans in this City.

27. I live with my two children and I worry that my participation in this lawsuit could also harm them by placing them at risk of physical or verbal harassment.

28. I also worry that I can face retaliation because I am participating in this lawsuit. Because I currently have public utilities under someone else's name, I do not want the City to cut off my utilities once it becomes public that I have utilities at my home that are not under my name.

29. I also do not want the City of LaGrange to retaliate against me in the future because of my participation in this lawsuit. If the utilities policy is changed, I would like to register for an account under my name without any problems resulting from me participating in this lawsuit.

30. I also worry that my participation in this lawsuit could lead to my harassment, arrest, and even deportation by immigration agents. I worry that

attending a court proceeding itself could place me at immediate risk of harm because immigration agents could locate me there. I know that immigration agents have been arresting immigrants at courthouses and I do not want to be placed in this risk.

31. I do not want to be arrested and deported because I am afraid of being forced to return to Mexico.

32. I also do not want to be separated from my children. I would be in despair if I were separated from them.

33. I believe that the City of LaGrange's policy is a direct attack on my dignity and the dignity of other immigrants in LaGrange, nearly all of whom are Latino. The policy discriminates against me because I do not have a SSN and the right form of identification. I believe that the City should treat everyone equally. Everyone who is willing to pay should be able to register for water, gas, electricity, and trash services under their own name.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Signed this 30th of April 2017, in LaGrange, Georgia.

_____

████████████

## CERTIFICATE OF TRANSLATION

I, Meredith Cabell, certify that I am competent to translate from Spanish into English. I also certify that the translation of the Declaration of John Doe #1 is a complete and correct translation of the Spanish to the best of my knowledge and ability.

_____
Meredith Cabell
3435 Wilshire Blvd. Ste. 1600
Los Angeles, CA 90010

May 11, 2017
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF LAGRANGE, GEORGIA,<br><br>*Defendant*. | CASE NO. 3:17-cv-00067 |

### DECLARACIÓN DE JOHN DOE #1

Yo, ███████████, declaro:

Hago esta declaración basada en mi conocimiento personal y, si me llamaran a dar mi testimonio, podría darlo y lo haría competentemente como sigue:

1. Soy residente de LaGrange, Georgia, donde he vivido desde que emigré a los Estados Unidos de México hace más de quince años.

2. Rento una casa en LaGrange donde vivo con mis dos hijos, uno de los cuales es un ciudadano de los EE.UU. por nacimiento. Mi otro hijo no es ciudadano de este país. Todos somos latinos.

3. Recibo servicios de agua, electricidad, gas y basura en mi casa actual a través de una cuenta que está a nombre del dueño de la casa. Las utilidades

han estado bajo el nombre de esa persona desde que me mudé a la casa hace más de diez años.

4. Me gustaría recibir los servicios públicos en mi casa bajo mi propio nombre y estoy dispuesto a pagar las utilidades que usa mi hogar y cumplir con los requisitos razonables, como pagar la factura a tiempo cada mes.

5. No puedo obtener servicios públicos en mi propio nombre porque la ciudad de LaGrange requiere un número de seguro social (SSN por sus siglas en inglés) y una identificación con fotografía del gobierno federal, del estado de Georgia, u otro estado para poder abrir una cuenta de servicios públicos.

6. No tengo un SSN porque no califico para recibir uno de la Administración del Seguro Social.

7. Sin embargo, tengo un Número de Identificación Personal del Contribuyente ("ITIN" por sus siglas en inglés) emitido a mí por el *IRS*. Para obtener el ITIN, tuve que comprobar mi identidad con el *IRS*.

8. No tengo una identificación con foto emitida por el gobierno federal o el estado de Georgia (o cualquier otro estado), porque no soy elegible para obtenerlo.

9. Sin embargo, tengo otras dos formas de identificación con foto: un pasaporte y una tarjeta de identificación consular, ambas emitidas por el gobierno de México.

10. Antes de mudarme a mi casa actual, vivía en una casa móvil que rentaba en LaGrange. La luz, electricidad, agua y basura venían incluidos en la renta.

11. Muchas de las personas que vivían en ese estacionamiento de casas móviles no tenían un SSN. Tenían utilidades porque las utilidades estaban bajo el nombre del propietario.

12. La mayoría de las personas que vivían en ese estacionamiento de casas móviles eran latinos. Sólo una persona que vivía en una casa móvil allí era blanca, y era un empleado del dueño del lote.

13. Me mudé de la casa móvil porque las condiciones de vida ahí eran deplorables. La casa móvil estaba en ruinas. Había un montón de cucarachas y ratas. El calentador y aire acondicionado raramente funcionaban.

14. Conozco a inmigrantes latinos que viven en lugares peligrosos en LaGrange, donde hay mayores índices de criminalidad, porque son los únicos lugares donde pueden obtener servicios públicos. Pueden vivir en esos lugares porque los propietarios están dispuestos a poner los servicios públicos bajo

3

sus nombres, y hay un número limitado de lugares para alquilar en LaGrange donde eso es cierto.

15. Cuando me mudé a mi casa actual, no intenté abrir una cuenta de servicios públicos inmediatamente. Sabía que la gente que no tiene un SSN no puede obtener servicios públicos en LaGrange. Había escuchado relatos de muchas personas que intentaron poner sus utilidades bajo sus propios nombres, pero se les negaron porque no tenían un número de seguro social.

16. Hace unos años intenté crear mi propia cuenta de servicios públicos. Dos veces fui a la oficina de utilidades en LaGrange. La primera vez que intenté abrir una cuenta, mostré mi ITIN y mi pasaporte mexicano y la persona que me ayudaba me dijo que regresara más tarde.

17. Cuando regresé, un empleado de la oficina de servicios públicos me dijo que no podía establecer una cuenta bajo mi nombre con esos documentos. Me dijo que necesitaba un SSN y que mi pasaporte mexicano e ITIN no eran válidos para abrir una cuenta.

18. El hecho de no tener utilidades bajo mi nombre le ha causado problemas a mi familia. Para inscribir a los niños, la escuela requiere prueba de residencia en forma de una factura con el nombre de los padres y una dirección adentro del distrito escolar. Debido a que nuestras utilidades están

bajo el nombre del propietario, yo no podía mostrar esta prueba. El propietario tenía que escribir una carta a la escuela cada año explicando la situación. Esto fue estresante y vergonzoso para mí y mi familia. Conozco a muchas familias latinas que tienen este mismo problema debido a la política de servicios públicos.

19. Me gustaría obtener utilidades en mi nombre para que no tenga que depender en que el dueño pague la factura cada mes, y tener que lidiar con la ciudad si hay problemas con las utilidades. Así, no me tengo que preocupar si mi familia va a tener utilidades si el dueño no puede o no va a continuar ayudándonos en esta manera, y para que yo pueda hacer crédito.

20. Cada mes, mi factura de servicios públicos llega a la casa del propietario. El propietario me dice la cantidad que debo y le doy dinero en efectivo. El propietario entonces paga mi factura mensual de servicios públicos.

21. El propietario también quisiera que yo consiguiera utilidades en mi propio nombre, de modo que pueda asumir la responsabilidad de asegurar que la factura esté pagada a tiempo cada mes.

22. Estoy en el proceso de comprar la casa donde vivo actualmente del propietario. Comencé a hacer pagos mensuales hacia la compra de la casa en mayo de 2016.

23. Estoy preocupado de perder los utilidades en el futuro cercano. El propietario está considerando mudarse de LaGrange, y estoy preocupado que tendré que encontrar alguna otra forma de obtener y pagar las utilidades.

24. Me gustaría proceder en esta demanda de forma anónima. Tengo miedo de tener mi información privada disponible públicamente y no participaría en esta demanda si tuviera que usar mi nombre verdadero.

25. Tengo miedo de que enfrentaría muchos problemas si utilizo mi nombre real y hable públicamente de cómo no califico para recibir un número de seguro social o una identificación con foto del estado de Georgia.

26. Me preocupa que pueda ser acosado verbalmente o físicamente. Es una situación difícil para los inmigrantes que viven en LaGrange. Hay tanto odio contra los inmigrantes y los afroamericanos en esta ciudad.

27. Vivo con mis dos hijos y me preocupa que mi participación en esta demanda también podría dañarlos, poniéndolos en riesgo de acoso físico o verbal.

28. También me preocupa que pueda enfrentar represalias porque estoy participando en esta demanda. Debido a que actualmente tengo servicios públicos bajo el nombre de otra persona, no quiero que la ciudad corte mis servicios una vez que se haga público que tengo servicios en mi casa que no están bajo mi nombre.

29. Tampoco quiero que la ciudad de LaGrange tome represalias contra mí en el futuro debido a mi participación en esta demanda. Si se cambia la política de servicios públicos, me gustaría registrarme para una cuenta bajo mi nombre sin ningún problema que resulte por mi participación en esta demanda.

30. También me preocupa que mi participación en esta demanda pueda traer acoso hacia mi persona, mi arresto e incluso mi deportación por agentes de inmigración. Me preocupa que asistir a un procedimiento judicial en sí mismo podría ponerme en riesgo inmediato de daño porque los agentes de inmigración podrían encontrarme allí. Sé que los agentes de inmigración han estado arrestando a inmigrantes en los tribunales y no quiero que me pongan a riesgo de eso.

31. No quiero ser arrestado y deportado porque tengo miedo de ser obligado a regresar a México.

32. Yo tampoco quiero ser separado de mis hijos. Yo estaría desesperado si fuera separado de ellos.

33. Creo que la póliza de la ciudad de LaGrange es un ataque directo a mi dignidad y a la dignidad de otros inmigrantes en LaGrange, casi todos quienes son latinos. La póliza me discrimina porque no tengo un número de

seguro social y la forma correcta de identificación. Creo que la ciudad debe tratar a todos por igual. Todos los que están dispuestos a pagar deben poder registrarse para los servicios de agua, gas, electricidad y basura bajo su propio nombre.

Yo declaro bajo pena de perjurio que lo anterior es verdadero y correcto a lo mejor de mi conocimiento.

Firmado este 30 de abril del 2017, en LaGrange, Georgia.

███████████████████