IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP; TROUP COUNTY NAACP; PROJECT SOUTH; CHARLES BREWER; CALVIN MORELAND; APRIL WALTON; PAMELA WILLIAMS; JOHN DOE #1, JOHN DOE #2; and JOHN DOE #3,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF LAGRANGE, GEORGIA,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 3:17-CV-67-TCB |

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW, **JEFFREY R. DANIEL, ESQ.** of the law firm of Hall Booth Smith, P.C., 191 Peachtree Street, N.E., Suite 2900, Atlanta, Georgia 30303-1775, pursuant to L.R. 83.1(D)(1), N.D. GA, and advises the Court and opposing counsel of the withdrawal of Jeffrey R. Daniel as additional counsel on behalf of Defendant City of LaGrange, Georgia.  Jeffrey M. Todd, Esq. is a member in good standing with the State Bar of Georgia and is admitted to practice in the United States District Court for the Northern District of Georgia and shall remain as lead counsel for this

Defendant. Kenneth D. Jones, Esq. is a member in good standing with the State Bar of Georgia and is admitted to practice in the United States District Court for the Northern District of Georgia and shall remain as additional counsel for this Defendant.

Respectfully submitted this 29th day of March, 2019.

                              **HALL BOOTH SMITH, P.C.**

                              */s/ Jeffrey R. Daniel*
                              JEFFREY R. DANIEL
                              Georgia Bar No. 949075

                              *Counsel for Defendant City of LaGrange, Georgia*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
E-mail:  jdaniel@hallboothsmith.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP; TROUP COUNTY NAACP; PROJECT SOUTH; CHARLES BREWER; CALVIN MORELAND; APRIL WALTON; PAMELA WILLIAMS; JOHN DOE #1, JOHN DOE #2; and JOHN DOE #3,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF LAGRANGE, GEORGIA,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 3:17-CV-67-TCB |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties with a copy of the within and foregoing **Notice of Withdrawal of Counsel** by electronically filing the foregoing with the Clerk by using the CM/ECF system and/or depositing same in the United States postal service, proper postage affixed, to ensure delivery, in an envelope addressed as follows:

3

Jeffrey M. Todd, Esq.
Lewis, Taylor & Todd, P.C.
205 N. Lewis Street, Suite 3
P.O. Box 1027
LaGrange, GA 30241

| | |
|---|---|
| Justin B. Cox, Esq. | Sarah Geraghty, Esq. |
| National Immigration Law Center | Atteeyah Hollie, Esq. |
| PO Box 170208 | Southern Center for Human Rights |
| Atlanta, GA 30317 | 83 Poplar Street N.W. |
| | Atlanta, GA 30303 |
| | |
| Karen C. Tumlin, Esq. | Reed N. Colfax, Esq. |
| Melissa S. Keaney, Esq. | Jamie L. Crook, Esq. |
| Mayra B. Joachin, Esq. | Joseph J. Wardenski, Esq. |
| National Immigration Law Center | Alexa T. Milton, Esq. |
| 3435 Wilshire Blvd., Suite 1600 | Relman, Dane & Colfax PLLC |
| Los Angeles, CA 90010 | 1225 19th Street, N.W., Suite 600 |
| | Washington, D.C. 20036 |

Respectfully submitted this 29th day of March, 2019.

**HALL BOOTH SMITH, P.C.**

*/s/ Jeffrey R. Daniel*
JEFFREY R. DANIEL
Georgia Bar No. 949075

*Counsel for Defendant City of LaGrange, Georgia*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
E-mail:  jdaniel@hallboothsmith.com