# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP; TROUP COUNTY NAACP; PROJECT SOUTH; CHARLES BREWER; CALVIN MORELAND; APRIL WALTON; PAMELA WILLIAMS; JOHN DOE #1, JOHN DOE #2; and JOHN DOE #3,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LAGRANGE, GEORGIA,<br><br>Defendant. | CIVIL ACTION FILE NO. 3:17-CV-67-TCB |

## NOTICE OF SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25, the City of LaGrange, Georgia (the "City") files with the Clerk of Court this Notice of Suggestion of Death that, upon information and belief and the attached obituary, on the August 17, 2018, Plaintiff Charles Brewer died. The Clerk is requested to place this Suggestion of Death on the docket of this case.

Respectfully submitted, this 21st day of November, 2019.

1

|  |  |
|---|---|
|  | **HALL BOOTH SMITH, P.C.** |
|  | */s/ Kenneth D. Jones* |
| 191 Peachtree Street, N.E.<br>Suite 2900<br>Atlanta, GA  30303-1775<br>Tel:  404-954-5000<br>Fax:  404-954-5020<br>kjones@hallboothsmith.com | KENNETH D. JONES<br>Georgia Bar No. 402101<br>*Counsel for Defendant City of LaGrange, Georgia* |
|  | **LEWIS TAYLOR & TODD** |
|  | */s/ Jeffery M. Todd* |
| 205 N. Lewis Street, Suite 3<br>P.O. Box 1027<br>LaGrange, GA 3024<br>Tel: 706-882-2501<br>Fax: 706-882-4905<br>jtodd@lttpc.com | JEFFREY M. TODD<br>Georgia Bar No. 713738<br>Counsel for Defendant City of LaGrange, Georgia |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP; TROUP COUNTY NAACP; PROJECT SOUTH; CHARLES BREWER; CALVIN MORELAND; APRIL WALTON; PAMELA WILLIAMS; JOHN DOE #1, JOHN DOE #2; and JOHN DOE #3, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LAGRANGE, GEORGIA, <br><br> Defendant. | CIVIL ACTION FILE NO. 3:17-CV-67-TCB |

## CERTIFICATE OF COMPLIANCE

The foregoing **NOTICE OF SUGGESTION OF DEATH** is double spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

This 21st day of November, 2019.

[SIGNATURE ON FOLLOWING PAGE]

3

                                      **HALL BOOTH SMITH, P.C.**

                                      */s/ Kenneth D. Jones*

| | |
|---|---|
| 191 Peachtree Street, N.E.<br>Suite 2900<br>Atlanta, GA 30303-1775<br>Tel: 404-954-5000<br>Fax: 404-954-5020<br>kjones@hallboothsmith.com | KENNETH D. JONES<br>Georgia Bar No. 402101<br>Counsel for Defendant City of LaGrange, Georgia |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP; TROUP COUNTY NAACP; PROJECT SOUTH; CHARLES BREWER; CALVIN MORELAND; APRIL WALTON; PAMELA WILLIAMS; JOHN DOE #1, JOHN DOE #2; and JOHN DOE #3,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF LAGRANGE, GEORGIA,<br><br>    Defendant. | CIVIL ACTION FILE NO. 3:17-CV-67-TCB |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties with a copy of the within and foregoing **NOTICE OF SUGGESTION OF DEATH** by electronically filing the foregoing with the Clerk by using the CM/ECF system and/or depositing same in the United States postal service, proper postage affixed, to ensure delivery, in an envelope addressed as follows:

5

| | |
|---|---|
| Justin B. Cox, Esq.<br>National Immigration Law Center<br>1989 College Ave. NE<br>Atlanta, GA 30317 | Reed N. Colfax, Esq.<br>Jamie L. Crook, Esq.<br>Joseph J. Wardenski, Esq.<br>Alexa T. Milton, Esq.<br>Relman, Dane & Colfax PLLC<br>1225 19th Street, N.W., Suite 600<br>Washington, D.C. 20036 |
| Karen C. Tumlin, Esq.<br>Melissa S. Keaney, Esq.<br>Mayra B. Joachin, Esq.<br>Robin Lisa Goldfaden, Esq.<br>National Immigration Law Center<br>3435 Wilshire Blvd., Suite 1600<br>Los Angeles, CA 90010 | Kevin Herrera<br>National Immigration Law Center - IL<br>P.O. Box 32358<br>Chicago, IL 60632 |
| Jeffrey M. Todd, Esq.<br>Lewis, Taylor & Todd, P.C.<br>205 N. Lewis Street, Suite 3<br>P.O. Box 1027<br>LaGrange, GA 30241 | Sarah Geraghty, Esq.<br>Atteeyah Hollie, Esq.<br>Southern Center for Human Rights<br>83 Poplar Street N.W.<br>Atlanta, GA 30303 |

Respectfully submitted this 21st day of November, 2019.

**HALL BOOTH SMITH, P.C.**

*/s/ Kenneth D. Jones*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA  30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
kjones@hallboothsmith.com

KENNETH D. JONES
Georgia Bar No. 402101
*Counsel for Defendant City of LaGrange, Georgia*