IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP *et al.*, | |
| *Plaintiffs*, | CIVIL ACTION |
| v. | No. 3:17-cv-00067-TCB |
| CITY OF LAGRANGE, GEORGIA | |
| *Defendant*. | |

## STIPULATED DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Georgia State Conference of the National Association for the Advancement of Colored People, Troup County Chapter of the National Association for the Advancement of Colored People, Project South, the Estate of Charles Brewer, Calvin Moreland, April Walton, Pamela Williams, and John Does #1, #2, and #3, and Defendant City of LaGrange, Georgia, hereby stipulate, incorporating by reference the settlement agreement entered into by all parties, to Plaintiffs' voluntary dismissal with prejudice of all claims they have asserted in the above-captioned action against Defendant. The parties further stipulate that each party

shall bear its own costs and attorneys' fees, except to the extent provided for in the settlement agreement.

STIPULATED TO BY:

/s/ Atteeyah Hollie

Atteeyah Hollie
Ga. Bar. No. 411415
Sarah Geraghty
Georgia Bar No. 291393
Jeremy D. Cutting
Georgia Bar No. 947729
SOUTHERN CENTER FOR HUMAN RIGHTS
60 Walton Street, N.W.
Atlanta, Georgia 30303
(404) 688-1202
ahollie@schr.org
sgeraghty@schr.org
ccutting@schr.org

Reed N. Colfax*
Alexa T. Milton*
Tahir Duckett*
RELMAN COLFAX PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
(202) 728-1888
(202) 728-0848 (fax)
rcolfax@relmanlaw.com
amilton@relmanlaw.com
tduckett@relmanlaw.com

Mayra B. Joachin*
Robin Goldfaden*
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd., #108-62
Los Angeles, CA 90010
(213) 639-3900
(213) 639-3911 (fax)
joachin@nilc.org
goldfaden@nilc.org

Kevin Herrera*
NATIONAL IMMIGRATION LAW CENTER
PO Box 32358
Chicago, IL 60632
(213) 770-1325
(213) 639-3911 (fax)
herrera@nilc.org

*Admitted pro hac vice

*Counsel for Plaintiffs*

/s/ Kenneth D. Jones

Kenneth D. Jones
Ga. Bar No. 402101
Kelsey Kicklighter

Jeffrey M. Todd
Ga. Bar No. 713738
City of LaGrange

Ga. Bar No. 747240
HALL BOOTH SMITH, P.C.
191 Peachtree St. NE, Suite 2900
Atlanta, GA 30303
(404) 954-5000
(404) 954-5020 (fax)
KJones@hallboothsmith.com
KKicklighter@hallboothsmith.com

200 Ridley Ave.
LaGrange, Georgia 30240
jtodd@lagrangega.org
(706) 883-2096
(706) 882-2020 (fax)

*Counsel for Defendant*

November 3, 2020

## CERTIFICATE OF COMPLIANCE

I certify that this document has been prepared in compliance with Local Rule 5.1C using 14-point Times New Roman font.

*/s/Atteeyah Hollie*

November 3, 2020